UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARVIN SCRIPTER,

                Plaintiff,

vs.                                     Case No.   2:04-cv-322-FtM-33DNF

HILLER AIRCRAFT CORP.,

                Defendant.
_____

**ORDER**

    This matter is before the Court on consideration of United States Magistrate Judge Douglas N. Frazier's Report and Recommendation (Doc. #30), filed on November 7, 2005, recommending that Defendant's Motion to Compel, Notice of Non-Compliance, Motion for Sanctions and Motion for Dismissal (Doc. #27) be granted.  No party has filed an objection to the report and recommendation.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982), <u>cert. denied</u>, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions de

novo, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

In its motion, Hiller moves the Court to dismiss the case for want of prosecution.  Justifying this request, Hiller points to several instances of Scripter's inaction.  However, the most relevant inaction occurred after Hiller had filed its motion.  Acting on Hiller's motion, the magistrate judge entered an order to show cause as to why the Court should not recommend that the action be dismissed for failure to prosecute.  In the order, the magistrate judge set a November 7, 2005, response deadline.  To date —weeks past the response deadline— Scripter has not responded.  As mentioned in the magistrate's report and recommendation, "Local Rule 3.10 provides that '[w]henever it appears that any case is not being diligently prosecuted the Court may, on motion of any party or on its own motion, enter an order to show cause why the case should not be dismissed, and if no satisfactory cause is shown, the case may be dismissed by the Court for want of prosecution.'" (Doc. #30 at 3).  Failing to respond, Scripter has not provided the requisite  satisfactory cause why the case should not be dismissed.

Thus, after conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings

and legal conclusions of the magistrate judge, and the recommendation of the magistrate judge regarding the motion.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

United States Magistrate Judge Douglas N. Frazier's Report and Recommendation (Doc. #30) is **ACCEPTED** and **ADOPTED.** The present action is dismissed with prejudice for want of prosecution.

**DONE AND ORDERED** at Fort Myers, Florida, this <u>28th</u> day of November, 2005.

 

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:
All Counsel of Record